# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JASON GORDON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | CV 09-PT-007-E |
| ) | |
| **CHASE BANK, N.A., et al** ) | |
| ) | |
| **Defendants** ) | |

## DISMISSAL ORDER

This cause comes before the court on the Notice of Dismissal with Prejudice as to Mazda American Credit, Inc. filed by the plaintiff on January 20, 2009. This action is **DISMISSED, WITH PREJUDICE**, as to all claim(s) asserted by plaintiff against defendant Mazda American Credit, Inc. with costs taxed as paid. All claim(s) against remaining defendants shall remain in effect.

**DONE** and **ORDERED** this the 20th day of January, 2009.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**