FILED
2009 Mar-03  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JASON GORDON** )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>**CHASE BANK, N.A., et al** )<br>)<br>  Defendant. ) | **CV 09-PT-0007-E** |

## DISMISSAL ORDER

In accordance with the Joint Stipulation of Dismissal filed by plaintiff, Jason Gordon and defendant Chase Bank, N.A. on March 2, 2009, this action is **DISMISSED, WITH PREJUDICE** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure with costs taxed as paid.

**DONE** and **ORDERED** this the 3rd day of March, 2009.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**